UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

ANGELO P. DELIA,                                          }
ON BEHALF OF HERSELF AND                                  }
ALL OTHERS SIMILIARLY SITUATED,                           }
                                                          }
                              Plaintiff,                  }      Civil Action, File No.
              v                                           }      2:19-cv-00665-JS-GRB
                                                          }
MIDLAND CREDIT MANAGEMENT, INC.,                          }
                                                          }
                              Defendant.                  }

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses the present action.


/s/*Mitchell L. Pashkin, Esq.*_____
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107