UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

ANGELO P. DELIA,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,
}
}
}
}
                    Plaintiff,                        }        Civil Action, File No.
          v                                           }        2:19-cv-00665-JS-GRB
                                                      }
MIDLAND CREDIT MANAGEMENT, INC.,                      }
                                                      }        ORDER
                    Defendant.                        }

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses the present action.


/s/ *Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107


The Clerk of the Court is
directed to mark this case
CLOSED.

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Oct. 16, 2019
Central Islip, NY